COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS                    25,679-24

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

ARTHUR DAVID LOWE
HUGHES UNIT.-TDC#669750
RT. 2. BOX 4400
GATESVILLE, TEXAS 76597


RE: ARTHUR DAVID LOWE
CCA No. WR-25,679-24
TRIAL COURT Cause No. 659156-

    Dear Abel Acosta,
        (CCA), Clerk,

    I am writing you, your office, Clerk, Court of Criminal Appeals, in the above-captured cause number. 'MOTION FOR LEAVE TO FILE WRIT OF MANDAMUS.'

    I received your 'NOTICE' notifying me of the Court's decision. (DENIED WITHOUT ORDER)

    Although it is beyond, this Court of Criminal Appeals actions in "(DENYING" MOTION FOR LEAVE TO FILE WRIT OF MANDAMUS."

    As well as, my family not being able to understand the Action taken. [DENYING TO MOTION-WRIT] Being this Court is very much aware. That the trial Court. on April 21, 2014, [GRANTED] my 'MOTION' CORRECTED THE JUDGMENT AND SENTENCE. From the original egregious entry of 1st DEGREE AGGRAVATED KIDNAPPING. CORRECT [TO] 2ND DEGREE

This document contains some pages that are of poor quality at the time of imaging.

1

AGGRAVATED KIDNAPPING - RELEASE VICTIM IN A SAFE PLACE.

Having a Constitution Rights to have the sentence to be served. To have the re-sentencing in open court orally pronounced in presence. TEX. CODE CRIM. PROC. ANN. 42.03. Sec. 1 (a) (Vernon Supp. 2014); TEX. PENAL CODE ANN. SEC. 20.04 (b) (Version 1993), Former Statute, being applicable to this instant cases. TEX. PENAL CODE § 12.33 (a).

However, I received some disturbing actions taken in this Courts WR-28,679-24.

That is I filed in the court of Criminal Appeals, as the record shows ... LETTER 7/27/2015. requesting information concerning any disposition.

The "MOTION FOR LEAVE TO FILE WRIT OF MANDAMUS" and Cover-Letter [PDF/41 KB], 07/14/2015. WRIT RECEIVED ORIGINAL WRIT OF MANDAMUS. RECORD [PDF/2.47 MB], NOTICE [PDF/69 KB]

But your records shows, that on July 16, 2015 MISC DOCUMENT RECD PRO SE and again on July 20, 2015 MISC DOCUMENT RECD PRO SE, with accompanying LETTER [PDF/36 KB].

Concerning such filing. On 07/16/2015 and 07/20/2015. I have NOT sent any RECORDS. DOCUMENTS. LETTER. To the Court of Criminal Appeals.

I know nothing of such, RECORD for the CCA. Clerk to file and process.

Please I am requesting the Court and Clerk to send me a copies of 07/16/2015 and 07/20/2015 and LETTER [PDF/36 KB] of Documents.

In a previous missive I mail to (CCA), that I am having very serious actions taken against me here (TDCJ). Hughes

2

unit Law Library officers and mail-room personnel-legal Logging. Tampering with my OUTGOING and IN-COMING Legal mail.

I have filed over 9-GRIEVANCES.

I am hoping this Court and Clerk. understand. my need to be provided with copies of the LETTER [PDF/36 KB] 07/16/2015 and 07/20/2015. MISC DOCUMENT RECORD PRO SE.

Please provide me with copies of 07/16/2015 and 07/20/2015 in WR-25,679-24.

I have filed very recently "MOTION FOR RECONSIDERATION TO THE COURT TO RECONSIDER THE DENIAL OF MY MOTION FOR LEAVE TO FILE WRIT OF MANDAMUS (with supported records and Affidavits.

Please provide me with copies of 07/16/2015; 07/20/2015 and the LETTER [PDF/36 KB].

I truly appreciate your consideration... THANK YOU... May GOD bless you. your family and friends.

Sincerely
Arthur Lowe
ARTHUR LOWE #669750

3